UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE L. C.,

    Plaintiff,

  v.

COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

Case No. 22-12281

Hon. George Caram Steeh
Hon. Anthony P. Patti

ORDER ADOPTING REPORT AND RECOMMENDATION,
DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND
GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On February 15, 2024, Magistrate Judge Anthony P. Patti issued a report and recommendation, proposing that the court deny Plaintiff's motion for summary judgment, grant Defendant's motion for summary judgment, and affirm the decision of the Commissioner. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject

or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Patti's thorough and well-reasoned analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Patti's report and recommendation (ECF No. 23) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (ECF No. 18) is DENIED, Defendant's motion (ECF No. 22) is GRANTED, and the final decision of the Commissioner is AFFIRMED.

Dated: March 7, 2024

                                              s/George Caram Steeh
                                              HON. GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE